## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **DONALD MCDONALD and MARY MCDONALD,** | ) | |
| | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **vs.** | ) | **CIVIL ACTION NO. 15–653–CG–C** |
| | ) | |
| **WATERFALL VICTORIA MORTGAGE TRUST 2011–1 REO, LLC,** | ) | |
| | ) | |
| | ) | |
| | ) | |
| **Defendant.** | ) | |

## JUDGMENT

In accordance with the Order entered this date, it is **ORDERED**, **ADJUDGED**, and **DECREED** that judgment is entered in favor of Defendant Waterfall Victoria Mortgage Trust 2011–1 REO, LLC and against Plaintiffs Donald and Mary McDonald. Summary judgment having been entered in Defendant's favor, this action is hereby **DISMISSED with prejudice**.

**DONE** and **ORDERED** this 5th day of July, 2017.


/s/  Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE